RECEIVED

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

2018 NOV 29   A  9: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| United States District Court | |
|---|---|
| Name (under which you were convicted): Aaron Keith Reynolds | Docket or Case No.: 2:17cv-651 AKK |
| Place of Confinement: Yazoo City M.S. | Prisoner No.: 09093-002 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| v. | Aaron Keith Reynolds |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Middle District of Alabama

   (b) Criminal docket or case number (if you know): 2:14-cr-432-09

2. (a) Date of the judgment of conviction (if you know): 9-23-16

   (b) Date of sentencing: _____

3. Length of sentence: 48 months

4. Nature of crime (all counts): 18 USC 922 (g)(1) Felon in Possession of a firearm

   _____

   _____

   _____

   _____

5. (a) What was your plea? (Check one)

   (1)  Not guilty ☑        (2)  Guilty ☐        (3)  Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

   _____

   _____

   _____

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☑        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐        No ☑

8. Did you appeal from the judgment of conviction?     Yes ☑     No ☐

9. If you did appeal, answer the following:

(a) Name of court: _____ Eleventh Circuit _____

(b) Docket or case number (if you know): _____

(c) Result: __Affirmed_____

(d) Date of result (if you know): __6-20-17_____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐  No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____N/A_____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:    Yes ❑  No ❑

    (2)  Second petition:    Yes ❑  No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: _Ineffective assistance of counsel, deprivation of due process, ~~because~~_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _Certiorari was granted in Nelson v. Colorado, 197 L. Ed. 2d 61, 2017 U.S. Lexis 2615, on 9-29-16, and thus available to attorneys, with the opinion of the Court issued 4-19-17. Petition appellate counsel failed to avail Petitioner of the benefits of the law despite the fact that Petitioner's Nelson claims were preserved by trial counsel, a likely upcoming change in the law was available to Petitioner, and despite the publication of the opinion prior to decision in Petitioner's appeal._

(b) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐  No ☑

  (2) If you did not raise this issue in your direct appeal, explain why: _argument was not available at the time_

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐  No ☑

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  _____

  _____

  (3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

**GROUND TWO:** The Assisant US Attorney (Knowingly and Willfully Presented perjured testimony to the grand jury.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1. The AUSA secured a "superseding indictment." (Docket #70) count 50 of which alleged that Petitioner possessed two sepcified firearms on or about October 8, 2014 and at the same time, sold controlled substances

2. The AUSA full well, at the time, that the videographic evidence contradicted both the claims of drug dealing and possession of a firearm, on stated date.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: appeal attorney said there no need we had a dead bang winner

(c) **Post-Conviction Proceedings:**

 (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ❑  No ❑

 (2) If your answer to Question (c)(1) is "Yes," state:

 Type of motion or petition:_____

 Name and location of the court where the motion or petition was filed:_____

 _____

 Docket or case number (if you know):_____

 Date of the court's decision:_____

 Result (attach a copy of the court's opinion or order, if available):_____

 _____

 _____

 (3) Did you receive a hearing on your motion, petition, or application?

  Yes ❑  No ❑

 (4) Did you appeal from the denial of your motion, petition, or application?

  Yes ❑  No ❑

 (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ❑  No ❑

 (6) If your answer to Question (c)(4) is "Yes," state:

 Name and location of the court where the appeal was filed:_____

 _____

 Docket or case number (if you know):_____

 Date of the court's decision:_____

 Result (attach a copy of the court's opinion or order, if available):_____

 _____

 _____

 (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

 issue: _____

 _____

 _____

 _____

 _____

**GROUND THREE:** The indictment was not returned in open court, required by rule 6(f) of the Federal Rules of Criminal Procedure

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): 1.) The citizen is entitled to presume the good faith of public officers and

employees 2) Petitioner was not at the time of alleged indictment or superseding indictment, aware of his rights and the proper methods of enforcing those rights. 3.) As may be seen by other allegations of fact, incorporated herein by reference as if set forth word for word. the AUSA carefully concealed the goverments schemes until the end.

---

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐  No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: was not available to me at the time

---

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐  No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:_____

   Name and location of the court where the motion or petition was filed:_____

   _____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

   Result (attach a copy of the court's opinion or order, if available):_____

   _____

   _____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐  No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐  No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐  No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:_____

   _____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _Prosecutorial misconduct - obstruction of_
_Justice,_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _My appeal attorney_
_said there no need we had a dead bang winner_

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: _____

_____

_____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which
ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the
judgment you are challenging? Yes ❑  No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
issues raised._____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ❑ No ❑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ❑ No ❑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ❑ No ❑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

2:18-cv-999-AKK-WC

Page 13

Therefore, movant asks that the Court grant the following relief: _to be remanned_
_back to court or have my case vacated_

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this

Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _____

_____ (month, date, year).

Executed (signed) on _12-13-19_ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this

motion. _____

_____

_____

\* \* \* \* \*

09093-002

Aaron F. Reynolds
09093-002 Federal Correction Complex
P.o Box 5000
Yazoo CITY, MS 39194
United States

USA 2   USA 2   USA 2   USA 2

FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5666
YAZOO CITY, MS 39194

THIS ENCLOSED LETTER WAS PROCESSED
ON _____ THROUGH SPECIAL
MAILING PROCEDURES.

The letter has neither been opened nor inspected. If
the writer raises a question or problem over which
this facility has jurisdiction, you may wish to
return the material for further information or
clarification. If the writer encloses
correspondence for forwarding to another
addressee, please return the enclosure to the above
address.

09093-002
Clerk Federal Court House
1 Church ST
Montgomery, AL 36104
United States

Legal mail