EXHIBIT #4 (GROUND FOUR: SUPPORTING FACTS)

1) PETITIONER TOLD HIS LAWYER THAT HE INTENDED TO CALL WILBERT TYMES AS A WITNESS

2) AFTER THIS MEETING, FEDERAL CRIMINAL AUTHORITIES GOT WORD OUT TO MARQUIS TYMES, THAT WILBERT WOULD BE CRIMINALLY INVESTIGATED IF HE TESTIFIED IN FAVOR OF THE PETITIONER.

3) AFTER THIS ENCOUNT WITH THE INVESTIGATING AUTHORITIES WILBERT TYMES REVERSED HIS OFFER TO TESTIFY FOR THE PETITIONER AND HIS REASONS FOR THE CHANGING HIS OFFER.

4) WILBERT TYMES HAD MATERIAL EXCULPATORY EVIDENCE TO WHICH HE COULD HAVE TESTIFIED, THAT WOULD BENEFIT THE PETITIONER.

5) OTHER WITNESSES AGAINST THE PETITIONER WERE BRIBED WITH PROMISES OF DISMISSAL OF CRIMINAL CHARGES PENDING BEFORE ANOTHER COURT, IN VIOLATION OF LAWS AND RULES OF ETHICS FOR THE OFFICERS OF THE COURT.