Honorable Richard A. Jones

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JANUARY 7, 2016

WILLIAM M. McCOOL, Clerk

_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br>OSWALDO MENDOZA-GARCIA,<br>   a/k/a Jose Delfino Leon-Urbina, and<br>RAFAEL VALADEZ-VAZQUEZ,<br><br>Defendants. | NO. CR15-269RAJ<br><br>FIRST SUPERSEDING INDICTMENT<br><br>Exhibit "1" |

The Grand Jury charges that:

## Count 1

*(Conspiracy to Distribute Controlled Substances)*

Beginning at a time unknown, but within the past five years, and continuing until on or about August, 2015, in Snohomish County, within the Western District of Washington, and elsewhere, ROLAND JESSE DAZA-CORTEZ, OSWALDO MENDOZA-GARCIA, a/k/a Jose Delfino Leon-Urbina, and RAFAEL VALADEZ-VAZQUEZ, and others known and unknown, did knowingly and intentionally conspire to distribute substances controlled under Title 21, United States Code, Section 812, including methamphetamine and heroin, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1).

First Superseding Indictment
*United States v. Daza-Cortez, et. al.;* CR15-269RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXCERPTS OF RECORD   92