IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON KEITH REYNOLDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:17cv651-AKK |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Petitioner's Motion for Rule 11 Sanctions (Doc. No. 17) is hereby DENIED.

DONE this 31st day of March, 2020.

　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE