IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AARON KEITH REYNOLDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17-CV-651-AKK |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# **ORDER**

On June 24, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 24.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. 24) is ADOPTED and that this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 10th day of August, 2020.

　　　　　　　　　　　　　　　　 /s/  Abdul K. Kallon
　　　　　　　　　　　　　　　United States District Judge